UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,)               CRIMINAL ACTION
    PLAINTIFF     )               NO. 11-cr-400237-TSH
              )
Vs.           )
              )               **NOTICE OF APPEAL**
DAVID L. TOPPIN,    )
    DEFENDANT    )

    NOW comes the Defendant, David L. Toppin, in the above captioned case being aggrieved by certain decisions, opinions, rulings, directions and judgments rendered on divers occasions hereby appeals to the First Circuit pursuant to Rules 3 & 4 of the Federal Rules of Appellate Procedure.

    The Defendant is appealing the denial of all pretrial and trial oral or written motions and rulings, including but not limited to Motions to Dismiss, the Motion to Dismiss for Lack of Implementing CFR.  In addition, Defendant is appealing the sentence issued by Judge Timothy S. Hillman on or about June 18, 2013 and the judgment issued by Timothy S. Hillman on or about June 27, 2013, and, all other pretrial motions written and oral, all issues of fact and law during the Trial, including but not limited to the decisions of the Defendant's Motions pursuant to Fed. R. Crim. P. Rule 33 and Rule 29, sentencing, restitution order, judgment and any and all other issues raised during the proceedings of this matter.

                       Respectfully submitted,
                       David L. Toppin,
                       By his Attorney,

                       /s/John M. Goggins

John M. Goggins, Esq.
46 Wachusett Street
Worcester, MA  01609
508-798-2288
BBO # 631254

Dated:  July 5, 2013

### CERTIFICATE OF SERVICE

I, John M. Goggins, hereby certify that on July 5, 2013, a true copy of the above-captioned Notice of Appeal was served upon the CM/ECF participants

/s/John M. Goggins